Ricky L. RULO, Claimant/Appellant,

v.

SILVERLEAF VACATION CLUB, INC., Employer/Respondent.

No. ED 84889.

Missouri Court of Appeals, Eastern District, Division Four.

Jan. 25, 2005.

Robert M. Miller, High Ridge, MO, for appellant.

Christopher E. Patt, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Ricky Rulo appeals the decision of the Labor and Industrial Relations Commission denying an award of compensation. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).